DR
F.# 2023R00634

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

ABEL MORA,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

Case No. 23-CR-383

        Upon the application of BREON PEACE, United States Attorney for the Eastern

District of New York, by Assistant United States Attorney Dana Rehnquist for an order

unsealing the above-captioned matter in its entirety.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.

Dated:   Brooklyn, New York
        September 26, 2023

s/Robert M. Levy

HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK