# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Robert Levy
DATE: 9/26/23
DOCKET NUMBER: 23 CR 383 (FB)
LOG #: 2:33 - 2:46
DEFENDANT'S NAME: Abel Mora
✓ Present ___ Not Present ✓ Custody ___ Bail
DEFENSE COUNSEL: Kannan Sundaram - appointed by the Court.
✓ Federal Defender ___ CJA ___ Retained
A.U.S.A: Dana Rehnquist     CLERK: SM Yuen
Probation: _____    (Language) Spanish

- ✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
- ✓ Defendant pleads NOT GUILTY to ALL counts.
- ✓ Rule 5f Order read into the record.
- ___ BAIL HEARING Held.  ✓ Defendant's first appearance.
  - ___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.
  - ___ Defendant advised of bond conditions set by the Court and signed the bond.
  - ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - ___ (Additional) surety/ies to co-sign bond by _____
  - ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted
- ✓ Temporary Order of Detention Issued. Bail Hearing set for _____
- ✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- ✓ Order of Excludable Delay/Speedy Trial entered. Start 9/26/23 Stop 10/27/23
- ___ Medical memo issued.
- ___ Defendant failed to appear; bench warrant issued.
- ✓ Status conference set for 10/27 @ 2:30pm before Judge Block

Other Rulings: _____