# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Robert M. Levy   DATE:  11/22/2023

DOCKET NUMBER:   23cr00383 (FB)   LOG #:  12:35 - 1:00

DEFENDANT'S NAME:   ABEL MORA
   _X_ Present   ___ Not Present   _X_ Custody   ___ Bail

DEFENSE COUNSEL:   Kannan Sundaram
   _X_ Federal Defender   ___ CJA   ___ Retained

A.U.S.A   Emily Dean   CLERK:  SM Yuen

Probation: _____   (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record.

_X_ BAIL HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Gov't opposed bail for reasons stated on the record. Defense counsel presented a bail package. Court denied bail appl. Order of detention continued